## People of the State of Illinois, Defendant in Error, v. Carl Bellis, Plaintiff in Error.

**Gen. No. 66–10.**

Fifth District.

June 29, 1966.

Curt C. Lindauer, Jr., of Belleville, for appellant; John M. Karns, Jr., State's Attorney of St. Clair County, of Belleville (Charles E. Hamilton, Special Assistant State's Attorney, of counsel), for appellee. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.